

# Fourth Court of Appeals
## San Antonio, Texas

March 21, 2014

No. 04-12-00841-CV

**SCHUHARDT CONSULTING PROFIT SHARING PLAN**, Allan P. Blosxom, III, Thomas
O. Stoner, Stormy Night, LLC and TOS Ranch, LLC,
Appellants

v.

**DOUBLE KNOBS MOUNTAIN RANCH**, **INC** and Carlton E. Thompson,
Appellees

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2011-09-28311-CV
Honorable Mickey R. Pennington, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
Marialyn Barnard, Justice
Patricia O. Alvarez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of March, 2014.

_____
Keith E. Hottle
Clerk of Court